FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 17, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NOEL GARCIA, <br><br> Plaintiff, <br><br> vs. <br><br> GURCHARAN S. DHALIWAL, AMEN SIGN, and RED LION INN & SUITES, <br><br> Defendants. | No. 1:25-cv-03139-MKD <br><br> ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS |

On October 7, 2025, the Court directed Plaintiff to either pay the $405 filing fee to commence this action or to file a new *in forma pauperis* application within thirty (30) days. ECF No. 7. Plaintiff's application to proceed *in forma pauperis* was for prisoners. ECF No. 2. He is no longer incarcerated and there is no mechanism for collecting the filing fee in partial payments as mandated by 28 U.S.C. § 1915(b)(2). Further, the allegations in Plaintiff's Complaint are not related to the conditions of Plaintiff's confinement.

ORDER - 1

The Court instructed Plaintiff to complete and file the financial affidavit provided by the Court, as required by 28 U.S.C. § 1915(a)(1). The Court cautioned Plaintiff that his failure to comply would result in the dismissal of this case. Plaintiff has filed nothing further.

Accordingly, **IT IS ORDERED:**

1. For the reasons set forth above and, in the Court's prior Order, ECF No. 7, this action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

2. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, **enter judgment**, provide copies to Plaintiff at his last known address, and **CLOSE** the file.

DATED November 17, 2025.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2